**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**KENNETH MARTIN BOGGS,**

    **Plaintiff,**

vs.                                            **Case No. 3:12cv370/RV/CJK**

**MARIA IRENE LUCAS, et al.,**

    **Defendants.**

___

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Second Report and Recommendation dated October 9, 2013 (doc. 20). The parties have been furnished a copy of the Second Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Second Report and Recommendation, and the timely filed objections thereto (doc. 21), I have determined that the Second Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Second Report and Recommendation (doc. 20) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A(b)(1) for plaintiff's failure to state a claim upon which relief may be granted.

3. The Clerk is directed to close the file.

DONE AND ORDERED this 17th day of October, 2013.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**